**Order entered March 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01454-CR
No. 05-13-01455-CR

**STATE OF TEXAS, Appellant**

**V.**

**ANDRES DELEON-GLORIA, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-13347-V, F11-13348-V**

## ORDER

These appeals are from the trial court's order granting appellee's motion to suppress. The trial court references the motion at the beginning of the hearing. However, the clerk's records do not contain copies of appellee's motion to suppress.

Accordingly, the Court **ORDERS** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, supplemental clerk's records containing the motion to suppress.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/    DAVID EVANS
        JUSTICE